UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

PERFORMANCE DYNAMICS, INC.
an Indiana Corporation,
    PLAINTIFF,                                    CASE NO.1:13-cv-00298-WTL-TAB

v.

TIMOTHY W. FLYNN; ANDREW BENNETT;
ROBERT WAINNER; LAURENCE BENZ;
COLORADO PHYSICAL THERAPY
SPECIALISTS, LLC, P.C., a Colorado
Limited Liability Company; TEXAS PHYSICAL
THERAPY SPECIALISTS, PC, a Texas
Professional Corporation; and
EVIDENCE IN MOTION, LLC, a Kentucky
Limited Liability Company,
    DEFENDANTS.

### MOTION TO ENFORCE MEDIATION AGREEMENT

      Performance Dynamics, Inc. ("PDI"), Plaintiff, by counsel, pursuant to S. D. Ind. Local A.D.R. Rule 2.6(e)(3) of the United States District Court for the Southern District of Indiana, moves the Court to enter an Order enforcing the terms of the Mediation Agreement agreed upon in this case. As grounds, Plaintiff states:

      1.      On April 20, 2015 the Court conducted a mediation at which the terms of a settlement were agreed upon in the presence of and under the supervision of the Court.

      2.      At the conclusion of the mediation the parties executed a settlement agreement which was signed by counsel and the representatives of the parties.

      3.      The mediation settlement agreement consisted of seven (7) pages. The parties have agreed to the final form of the settlement agreement, with one exception: One sentence contained in page 1 which was agreed to on April 20, 2015 and signed by counsel and

1

representatives of the parties is now opposed by the Defendants and in issue between the parties. A true and accurate copy of page 1 is attached hereto as Exhibit "A".

4. Renumbered paragraph 1 of the Exhibit has been redacted in part for purposes of confidentiality. That provision relates to monetary consideration and is not in issue in this dispute.

5. Renumbered paragraph 3 of the Exhibit contains a sentence that reads: "*No other instrumented soft tissue treatment shall be provided at such facility*" (emphasis added), referring to Plaintiff's ASTYM® treatment and creating an obligation that at any facility any Defendant or collection of Defendants own, control, or manage, then Defendants agreed on April 20 that if such facility were to offer instrumented soft tissue treatment, it was required to be ASTYM® treatment.

6. The sentence in issue is highlighted on Exhibit "A".

7. After signing the mediation settlement agreement on April 20, Defendants' counsel subsequently informed Plaintiff's counsel that in their opinion the obligation created by that sentence violates the corporate practice of medicine doctrine ("CPOM"). Therefore, Defendants maintain that if they were to sign a final settlement agreement containing the provision, it could cause them to be in violation of state law.

8. Plaintiff's counsel and Plaintiff retained R. Terry Heath of Hall Render Killian Heath and Lyman to advise on the matter, and as a result have firmly concluded that the provision in question does not violate the CPOM as Defendants contend. Plaintiff maintains that the provision as agreed upon is proper and compliance with it will not result in Defendants violating state law.

9. The parties have discussed the issue at length and are at an impasse in resolving the issue.

10. S.D. Ind. Local A.D.R. Rule 2.6(e)(3) contemplates a hearing where, as here, a motion is made alleging a failure to perform a term of a mediation agreement.

11. Plaintiff requests the Court set the matter for hearing and order such briefing as the Court deems appropriate.

12. Plaintiff requests the Court enter an Order compelling Defendants to perform what they agreed upon by entering into a settlement agreement that includes the sentence in dispute.

13. Pursuant to the Rule, the Court may award sanctions for the failure of a party to perform its agreement. Plaintiff requests the Court award Plaintiff its reasonable attorney's fees incurred as a result of this issue.

Respectfully submitted this 9th day of September, 2015.

DEFUR VORAN LLP

BY/s/  Scott E. Shockley
Scott E. Shockley #2153-18
Matthew L. Kelsey #29313-49
400 South Walnut Street Suite 200
Muncie, IN 47305
Telephone: 765-288-3651
Facsimile: 765-288-7068
Email: sshockley@defur.com
Email: mkelsey@defur.com
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

   I certify that on the 9th day of September, 2015, a copy of the above and foregoing document was electronically filed through the ECF System, which will send a notice of electronic filing to:

Bryce H. Bennett, Jr.
Nicholas C. Dugan
Riley Bennett & Egloff, LLP
Fourth Floor
141 East Washington Street
Indianapolis, IN 46204

Benjamin C. Fultz
John David Dyche
Kyle G. Bumgarner
Fultz Maddox Hovious & Dickens PLC
101 S. Fifth Street, 27th Floor
Louisville, KY 40202-3116

             /s/   Scott E. Shockley
             Scott E. Shockley